UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

   -against-                                ORDER OF DISMISSAL

Eric Patton (8)                      02-cr-00504-SJ

           Defendant.

------------------------------------------------------------X

JOHNSON, J.

The Government having moved to dismiss the indictment as to defendant Eric Patton (8) and the Court having granted said motion,

It is ORDERED and ADJUDGED that the indictment is dismissed as to defendant Eric Patton (8).

Dated:   Brooklyn, New York
          January 20, 2006

                                                          s/SJ
                                                          _____
                                                          STERLING JOHNSON, JR., U.S.D.J.